**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 00-2299**

─────────────

ALFRED RONSDORF,

Plaintiff - Appellant,

versus

THE CHASE MANHATTAN BANK, N.A.,

Defendant - Appellee.

─────────────

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Benson E. Legg, District Judge. (CA-95-2729-L)

─────────────

Submitted:  February 28, 2001          Decided:  March 13, 2001

─────────────

Before LUTTIG, MICHAEL, and MOTZ, Circuit Judges.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Alfred Ronsdorf, Appellant Pro Se.  David Bart Goldstein, DANEKER, MCINTIRE, SCHUMM, PRINCE, GOLDSTEIN, MANNING & WIDMANN, P.C., Baltimore, Maryland, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Alfred Ronsdorf appeals the district court's order dismissing this civil action under Fed. R. Civ. P. 41(b) for multiple violations of the district court's orders. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Ronsdorf v. Chase Manhattan Bank, No. CA-95-2729-L (D. Md. Sept. 1, 2000). Ronsdorf's motions to strike Chase Manhattan's brief and motion to strike the opposition to his motion are denied. Chase Manhattan's motion to dismiss is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED